# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  EUDIS MANUEL SOSA
AKA: EUDIS M. SOSA, EUDIS SOSA

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

EUDIS MANUEL SOSA
AKA: EUDIS M. SOSA, EUDIS SOSA

CASE NO: 5-24-01476-MJC

        Respondent(s)

## WITHDRAWAL OF STATEMENT ADJOURNING MEETING OF 341(A) MEETING OF CREDITORS

AND NOW, on July 29, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Statement Adjourning Meeting of 341(a) Meeting of Creditors filed on July 29, 2024, be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

    Respectfully submitted,

    /s/ Agatha R. McHale, Esquire
    ID: 47613
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: amchale@pamd13trustee.com

Case 5:24-bk-01476-MJC    Doc 16    Filed 07/29/24    Entered 07/29/24 14:02:59    Desc
Main Document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  EUDIS MANUEL SOSA
AKA: EUDIS M. SOSA,
EUDIS SOSA

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

EUDIS MANUEL SOSA
AKA: EUDIS M. SOSA, EUDIS SOSA

CHAPTER 13

CASE NO: 5-24-01476-MJC

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 29, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA  18504-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA  17102

<u>Served by First Class Mail</u>
EUDIS MANUEL SOSA
711 Alter Street
Hazleton  PA  18201

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 29, 2024

/s/  Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com