UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EUDIS M. SOSA : CHAPTER 13
     Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
vs. :
 :
EUDIS M. SOSA :
     Respondent : CASE NO. 5-24-01476-MJC

MOTION TO DISMISS CASE

     AND NOW, on November 19, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, hereby moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with §§ 1307(e) and 1308 due to failure to tax returns with both the Internal Revenue Service for the years 2020, 2021 and 2022. In support of this Motion, the Trustee states as follows:

1. This case was filed on June 13, 2024.

2. The Trustee held open the § 341 Meeting of Creditors from July 29, 2024 to November 18, 2024.

3. Pursuant to § 1308(b)(1), the Trustee is allowed to hold open the Meeting of Creditors for up to 120 days after the originally-scheduled meeting in order for unfiled returns to be filed with the appropriate taxing authorities.

4. One hundred twenty days after July 29, 2024 is November 26, 2024 and the next date a Meeting of Creditors could be scheduled in this case is beyond that date. Accordingly, the Trustee hereby moves to dismiss this case.

WHEREFORE, Movant requests this Honorable Court to:

1. Dismiss this case in accordance with §§ 1307(e) and 1308.

                              Respectfully submitted:

                              /s/Jack N. Zaharopoulos, Esquire
                              Standing Chapter 13 Trustee
                              Id: #330029
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097
                              Phone: (717)566-6097
                              Email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EUDIS M. SOSA | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| EUDIS M. SOSA | : | |
| Respondent | : | CASE NO. 5-24-01476-MJC |

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss on November 19, 2024.

If you object to the relief requested, you must file your objection/response on or before December 3, 2024, with the Clerk of Bankruptcy Court, Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes Barre, PA 18701, and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for December 19, 2024, at 9:35 a.m. at U.S. Bankruptcy Court, Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes Barre, PA 18701, and will be held regardless of any objections or responses having been filed.

Date: November 19, 2024

Respectfully submitted:

/s/Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
Id: #330029
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097
Phone: (717)566-6097
Email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EUDIS M. SOSA | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| EUDIS M. SOSA | : | |
| Respondent | : | CASE NO. 5-24-01476-MJC |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 19, 2024, I served a copy of this Motion to Dismiss, Notice, and Proposed Order on the following parties from Hummelstown, PA, unless served electronically:

### SERVED ELECTRONICALLY

UNITED STATE TRUSTEE
1501 NORTH 6TH STREET
P.O. BOX 302
HARRISBURG, PA 17102

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

### SERVED BY FIRST CLASS MAIL

EUDIS MANUEL SOSA
711 ALTER STREET
HAZLETON, PA 18201

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 19, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EUDIS M. SOSA | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| EUDIS M. SOSA | : | |
| Respondent | : | CASE NO. 5-24-01476-MJC |

## **ORDER**

AND NOW, upon consideration of the Motion to Dismiss Case filed by Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby ORDERED that this case is DISMISSED.