UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     EUDIS MANUEL SOSA | : | |
|       Debtor | : | |
| | : | |
|     JACK N. ZAHAROPOULOS | : | |
|     STANDING CHAPTER 13 TRUSTEE | : | |
|       Movant | : | |
| | : | |
|     EUDIS MANUEL SOSA | : | CASE NO.   5-24-bk-01476 |
|       Respondent | | |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

      AND NOW, this 10th day of February 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

   1. The Debtor has not provided the Trustee with information needed in order for the Trustee to comply with § 1302(b)(6).

   6. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:
      a. Debtor(s) has not provided to Trustee the Proof of Claim(s) for Luzerne County Tax Claim Bureau.

      WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of Debtor(s) Plan.
      b. Dismiss or convert Debtor(s) case.
      c. Provide such other relief as is equitable and just.

      Respectfully submitted:

      /s/Jack N. Zaharopoulos
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 19th day of November 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

            /s/Tammy Life
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee