UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EUDIS MANUEL SOSA, | : | CHAPTER 13 |
|    Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
|    vs. | : | |
| | : | |
| EUDIS MANUEL SOSA, | : | |
|    Respondent(s) | : | CASE NO. 5-24-bk-01476 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENEDED CHAPTER 13 PLAN

AND NOW, on this 6th day of June 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about April 11, 2025, be withdrawn as all issues have been resolved.

                               Respectfully submitted:

                               /s/Jack N. Zaharopoulos
                               Standing Chapter 13 Trustee
                               8125 Adams Drive, Suite A
                               Hummelstown, PA 17036
                               (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 6th day of June 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 North 9th Avenue
Scranton, PA 18504

        /s/Ashley Schott_____
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee