UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EUDIS MANUEL SOSA

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

EUDIS MANUEL SOSA

CASE NO: 5-24-01476-MJC

    Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    AND NOW, on June 20, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Motion to Dismiss filed on June 13, 2025 be withdrawn due to having been filed in error.

Dated: June 20, 2025

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EUDIS MANUEL SOSA

               Debtor(s)

JACK N. ZAHAROPOULOS  
CHAPTER 13 TRUSTEE  
        Movant

EUDIS MANUEL SOSA

            Respondent(s)

CHAPTER 13

CASE NO: 5-24-01476-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 20, 2025, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>  
TULLIO DeLUCA, ESQUIRE  
381 N 9TH AVENUE  
SCRANTON, PA  18504-

OFFICE OF THE UNITED STATES TRUSTEE  
1501 NORTH 6TH STREET  
BOX 302  
HARRISBURG, PA  17102

<u>Served by First Class Mail</u>  
EUDIS MANUEL SOSA  
711 ALTER STREET  
HAZLETON PA  18201

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 20, 2025

/s/ Tammy Life  
Office of the Standing Chapter 13 Trustee  
Jack N. Zaharopoulos  
Suite A, 8125 Adams Dr.  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
email: info@pamd13trustee.com