# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| EUDIS MANUEL SOSA<br>* Debtor(s) | Case Number: 5-24-01476<br>Chapter: 13 |

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Debtor's Second Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: July 9, 2025

SIGNED: _Lisa Manchak_

TITLE: /s/Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Eudis Manuel Sosa, aka Eudis Sosa, aka Eudis M. Sosa, | Chapter 13 |
| **Debtor 1** | Case No. 5:24-bk-01476-MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 26, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 13, 2025

orcnfpln(05/18)

| | | |
|---|---|---|
| Capital One Bank USA<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Internal Revenue Service<br>P O BOX 7346<br>Philadelphia PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Luzerne County Tax Claim Bureau<br>c/o Elite Revenue Solutions<br>200 N. River Street<br>Wilkes-Barre, PA 18711-1004 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387 |
| PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |