IN RE:                                          :
EUDIS MANUEL SOSA                               :          CHAPTER 13
                          Debtor.               :
**********************************************************************************

PENNYMAC LOAN SERVICES, LLC                     :
                          Movant,               :
                                                :
        vs.                                     :
EUDIS MANUEL SOSA                               :          CHAPTER 13
                                                :          CASE NO. 5-24-01476
                          Respondents.          :
********************************************************************** **************************

### OBJECTION TO CERTIFICATION OF DEFAULT
*********************************************************************************************

NOW COMES, Eudis Manuel Sosa, the above Debtor, by and through his counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

    1.  On January 06, 2025, Movant filed a Motion for Relief from the Automatic Stay due to a default in monthly payments.

    2.  On August 21, 2025, Movant filed a Certificate of Default stating that the Debtor has failed to cure the arrears.

    3.  Debtor Counsel in attempting to contact the Debtor to ascertain if payments were made and/or if Debtor is in possession of payments to cure the alleged default.

    4.  The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the granting of relief from the automatic stay.

Respectfully submitted,


Date: August 22, 2025         /s/Tullio DeLuca
                                      Tullio DeLuca, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
EUDIS MANUEL SOSA                         :        CHAPTER 13
                  Debtor.                 :
*************************************************************************

PENNYMAC LOAN SERVICES, LLC               :
                  Movant,                 :
                                          :
 vs.                                      :
EUDIS MANUEL SOSA                         :        CHAPTER 13
                                          :        CASE NO. 5-24-01476
                  Respondents.            :
*************************************************************************

## CERTIFICATE OF SERVICE
*************************************************************************

 The undersigned hereby certifies that on August 22, 2025 he caused a true and

correct copy of Debtor's Objection to Certification of Default to be served Via electronic

filing on the following CM/ECF participants:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

          Angela C. Pattison, Esq. at apattison@hillwallack.com

Date of Mailing:  August 22, 2025        /s/Tullio DeLuca
                                         Tullio DeLuca, Esquire