UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EUDIS MANUEL SOSA
AKA: EUDIS M. SOSA, EUDIS SOSA     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-24-01476-MJC

EUDIS MANUEL SOSA
AKA: EUDIS M. SOSA, EUDIS SOSA

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on August 29, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 14 days curing arrears.
- make the regular monthly payments to the trustee during the remaining term of the plan.

As of August 29, 2025, the Debtor(s) is/are $4596.00 in arrears a plan payment having last been made on March 21, 2025.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated:     August 29, 2025                 Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EUDIS MANUEL SOSA
AKA: EUDIS M. SOSA, EUDIS SOSA  CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS  CASE NO: 5-24-01476-MJC
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 29, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
EUDIS MANUEL SOSA
711 Alter Street
Hazleton PA 18201

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 29, 2025

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com