IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*****************************************************************************

IN RE: :
: **CASE NO. 5-24-01476**
EUDIS MANUEL SOSA :
: **CHAPTER 13**

*****************************************************************************

**OBJECTION TO CERTIFICATION OF DEFAULT**

*****************************************************************************

NOW COMES, Eudis Manuel Sosa, the above Debtor, by and through his counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

1. On June 11, 2025, a Motion to Dismiss due to material default was filed.

2. On August 29, 205, Jack N. Zaharopoulos, Esq. filed a Certificate of Default stating that the Debtor has failed to cure the arrears.

3. Debtor's Counsel is in the process of contacting the Debtor to ascertain if the payments have been made and/or if Debtor is in possession of funds needed to cure the arrears. Debtor's Counsel was resolving a default with the mortgage company. An Amended Plan will be filed shortly.

4. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the dismissal of the Chapter 13 Case.

Respectfully submitted,

Date: September 2, 2025        /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID #59887
Counsel for Debtor
381 N. 9th Avenue
Scranton, Pa 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*******************************************************************

IN RE: :
: **CASE NO. 5-24-01476**
EUDIS MANUEL SOSA :
: **CHAPTER 13**

*****************************************************************************************

## CERTIFICATE OF SERVICE

*****************************************************************************************

The undersigned hereby certifies that on September 2, 2025, he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date of Mailing: September 2, 2025    /s/Tullio DeLuca
                                                   Tullio DeLuca, Esquire