UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| EUDIS MANUEL SOSA | : | CHAPTER 13 |
| Debtor. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| EUDIS MANUEL SOSA | : | CHAPTER 13 |
| | : | CASE NO. 5-24-01476 |
| Respondents. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party(parties). This is a first request for a continuance

Reason for continuance: **Debtor's Counsel is in the process of contacting the Debtor to see if payments were made and additional time is needed.**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 5, 2025      /s/Tullio DeLuca
                              Attorney for Eudis Manuel Sosa
                              Name: Tullio DeLuca, Esq.
                              Phone No. (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                                  :
EUDIS MANUEL SOSA                       :       CHAPTER 13
                Debtor.                 :
***************************************************************************
PENNYMAC LOAN SERVICES, LLC             :
                Movant,                 :
                                        :
        vs.                             :
EUDIS MANUEL SOSA                       :       CHAPTER 13
                                        :       CASE NO. 5-24-01476
                Respondents.            :
```
***************************************************************************
## CERTIFICATE OF SERVICE
***************************************************************************

The undersigned hereby certifies that on September 5, 2025, he caused a true and correct copy of Debtor's Request to Continue Hearing/Trial to be served Via electronic filing on the following CM/ECF participants:

   Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

   Eric Kishbaugh, Esq. at ekishbaugh@kmllawgroup.com


Date of Mailing:   September 5, 2025          /s/Tullio DeLuca
                                              Tullio DeLuca, Esquire