In re:  Case No. 24-01476-MJC

Eudis Manuel Sosa  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Sep 18, 2025  Form ID: pdf010  Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eudis Manuel Sosa, 711 Alter Street, Hazleton, PA 18201-3132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5624123 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2025 18:55:07 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5651163 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2025 18:40:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5634635 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2025 18:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5624125 | | Email/Text: tullio.deluca@verizon.net | Sep 18 2025 18:40:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5624126 | + | Email/Text: kirshaj@eliterevenue.com | Sep 18 2025 18:40:00 | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 N. River Street, Wilkes-Barre, PA 18711-1004 |
| 5630324 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2025 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5624127 | + | Email/PDF: ebnotices@pnmac.com | Sep 18 2025 18:55:18 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5644517 | + | Email/PDF: ebnotices@pnmac.com | Sep 18 2025 18:55:06 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5624124 | *+ | Eudis Manuel Sosa, 711 Alter Street, Hazleton, PA 18201-3132 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Eudis Manuel Sosa tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Eudis Manuel Sosa<br>aka Eudis Sosa<br>aka Eudis M. Sosa<br>　　　　　　　Debtor 1 | Chapter: 13<br><br>Case No.: 5:24-bk-01476-MJC |
| Jack N. Zaharopoulos, Trustee<br>　vs.　　　　　　　Movant(s) | |
| Eudis Manuel Sosa<br>aka Eudis Sosa<br>aka Eudis M. Sosa<br>　　　　　　　Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 72, Debtor's Objection thereto, Doc. 73 ("Objection"), after a hearing held on September 18, 2025, and it having been determined that this case should be dismissed, it is hereby

**ORDERED** that the Objection is **OVERRULED** and the above-captioned case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 18, 2025